UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA YANEZ SALCEDO AND
EDGARD EMIL SEPULVEDA DIAZ,

    Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF FILING SUMMONSES**

    Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, notice the Court of the filing of Summonses to be issued by the Clerk of this Court to Defendants, Tacos El Porky I, LLC and Giancarlo Monsanto.

    Dated this 19th day of November 2025.

                                                                        s/Brian H. Pollock, Esq.
                                                                        Brian H. Pollock, Esq. (174742)
                                                                        brian@fairlawattorney.com
                                                                        FAIRLAW FIRM
                                                                        135 San Lorenzo Avenue
                                                                        Suite 770
                                                                        Coral Gables, FL 33146
                                                                        Tel:    305.230.4884
                                                                        *Counsel for Plaintiffs*