UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA YANEZ SALCEDO AND
EDGARD EMIL SEPULVEDA DIAZ,

    Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

    Dated this 20th day of November 2025.

                                          s/Katelyn Schickman, Esq.
                                          Katelyn Schickman, Esq. (1064879)
                                          katie@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:  305.230.4884
                                          *Counsel for Plaintiffs*