UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA YANEZ SALCEDO AND
EDGARD EMIL SEPULVEDA DIAZ,

    Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING RETURN OF NON-SERVICE AS TO DEFENDANT TACOS EL PORKY I, LLC

    Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, by and through undersigned counsel, hereby give notice of filing the attached Return of Non-Service for Defendant, **TACOS EL PORKY I, LLC**.

    The attached Return of Non-Service from Certified Process Server Joseph Onega confirms that diligent search and inquiry were made to locate the Defendant's Registered Agent and principal place of business. Service could not be perfected because the Registered Agent's listed address is a locked office occupied by an unrelated business, and the principal address is vacant.

    Dated this 13th day of January 2026.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
