## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-25377-WPD

Plaintiff:
**CLAUDIA YANEZ SALCEDO and**
**EDGARD EMIL SEPULVEDA DIAZ**

vs.

Defendant:
**TACOS EL PORKY I, LLC,**
**FRANK A. NERI, and**
**GIANCARLO MONSANTO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 20th day of November, 2025 at 3:41 pm to be served on **TACOS EL PORKY I, LLC c/o BAJA RESTAURANT GROUP, LLC, its Registered Agent, 150 SE 2nd Ave., Unit 1003, Miami, FL 33131**.

I, Joseph Onega, do hereby affirm that on the **8th day of January, 2026** at **9:34 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT** for the reason that I failed to find **TACOS EL PORKY I, LLC c/o BAJA RESTAURANT GROUP, LLC, its Registered Agent** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
11/25/2025  11:37 am  Attempted service at 150 SE 2nd Ave., Unit 1003, Miami, FL 33131. This is an office. The sign reads "Room 1 09, Custom Menswear." The door is locked. No one is present. A new address is requested.
12/8/2025  10:21 am  Attempted service at 16 W Flagler Street, Miami, FL 33130. The door is locked. No one is present.
12/16/2025  1:42 pm  Attempted service at 16 W Flagler Street, Miami, FL 33130. There was a man here who seemed to be a cook present, but he would not confirm that he worked for Tacos El Porky or any other company. I do not see anyone else. He says the owner does not come in at a set time but he would not confirm the owner's name. Sometimes he comes in around three or four in the afternoon.
12/30/2025  2:31 pm  Attempted service at 16 W Flagler Street, Miami, FL 33130 The restaurant is vacant. There is a "for lease" sign on the window.
12/22/2025  7:36 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement.
12/27/2025  12:23 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer and no movement heard.
1/6/2026  5:22 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement.
1/8/2026  9:34 am  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement. The neighbors do not answer. Security will not confirm the resident.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025001849

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a