UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA YANEZ SALCEDO AND
EDGARD EMIL SEPULVEDA DIAZ,

    Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF FILING PROPOSED ALIAS SUMMONS**

Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, by and through undersigned counsel, hereby give notice of filing the attached Proposed Alias Summons for Defendant, **TACOS EL PORKY I, LLC**, to be served via the Florida Secretary of State.

Plaintiffs request that the Clerk of Court issue the attached Alias Summons.

Dated this 13th day of January 2026.

                                              s/Katelyn Schickman, Esq.
                                              Katelyn Schickman, Esq.
                                              Fla. Bar No. 1064879
                                              katie@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiffs*