UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA YANEZ SALCEDO AND
EDGARD EMIL SEPULVEDA DIAZ,

    Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING PROPOSED ALIAS SUMMONS

    Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, by and through undersigned counsel, hereby give notice of filing the attached Proposed Alias Summons for Defendants, **Frank A. Neri and Giancarlo Monsanto**, to be served via the Florida Secretary of State.

Plaintiffs request that the Clerk of Court issue the attached Alias Summons.

    Dated this 23rd day of February 2026.

                                          s/Katelyn Schickman, Esq.
                                          Katelyn Schickman, Esq.
                                          Fla. Bar No. 1064879
                                          katie@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*