## **RETURN OF NON-SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-25377-WPD

Plaintiff:
**CLAUDIA YANEZ SALCEDO and
EDGARD EMIL SEPULVEDA DIAZ**

vs.

Defendant:
**TACOS EL PORKY I, LLC,
FRANK A. NERI, and
GIANCARLO MONSANTO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 20th day of November, 2025 at 3:41 pm to be served on **Frank Neri, 4900 SW 94 Ct., Miami, FL 33165**.

I, Stefany Camejo, do hereby affirm that on the **11th day of December, 2025** at **6:16 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT** due to no response on attemptes listed below.

**Additional Information pertaining to this Service:**
11/26/2025  3:18 pm  Attempted service at 4900 SW 94 Ct., Miami, FL 33165. No answer at residence. Vehicle in driveway: VW, tag 40EIGE.
12/4/2025  6:20 pm  Attempted service at 4900 SW 94 Ct., Miami, FL 33165. No answer at residence. No lights. Same cars in the driveway. No movement. It looks like they might not be in town.
12/8/2025  7:35 pm  Attempted service at 4900 SW 94 Ct., Miami, FL 33165. No answer at residence. No cars in driveway.
12/11/2025  6:16 pm  No response. Non-served at this time.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025001851

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a