## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-25377-WPD

Plaintiff:
**CLAUDIA YANEZ SALCEDO and**
**EDGARD EMIL SEPULVEDA DIAZ**

vs.

Defendant:
**TACOS EL PORKY I, LLC,**
**FRANK A. NERI, and**
**GIANCARLO MONSANTO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 12th day of December, 2025 at 11:24 am to be served on **Frank Neri, 9676 SW 161 Place, Miami, FL 33196**.

I, Stefany Camejo, do hereby affirm that on the **17th day of January, 2026** at **1:00 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT** for the reason that I failed to find **Frank Neri** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/17/2026  1:00 pm  Attempted service at 9676 SW 161 Place, Miami, FL 33196. Cesar Cabrera lives at given address. The subject is unknown.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025001946

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e