UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA YANEZ SALCEDO AND
EDGARD EMIL SEPULVEDA DIAZ,

    Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING RETURNS OF NON-SERVICE AS TO DEFENDANT GIANCARLO MONSANTO

Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, by and through undersigned counsel, hereby give notice of filing the attached Returns of Non-Service for Defendant, **GIANCARLO MONSANTO**.

The attached Returns of Non-Service from Certified Process Server Joseph Onega confirm that diligent search and inquiry were made to locate this Defendant. Despite numerous attempts at his known residential address over the course of several weeks, service could not be perfected as it appears the Defendant is evading service, concealing his whereabouts, or cannot be found.

Dated this 23rd day of February 2026.

<u>s/Katelyn Schickman, Esq.</u>
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
