## **RETURN OF NON-SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-25377-WPD

Plaintiff:
**CLAUDIA YANEZ SALCEDO and
EDGARD EMIL SEPULVEDA DIAZ**

vs.

Defendant:
**TACOS EL PORKY I, LLC,
FRANK A. NERI, and
GIANCARLO MONSANTO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 20th day of November, 2025 at 3:41 pm to be served on **Giancarlo Monsanto, 350 S Miami Ave., Apt. 2712, Miami, FL 33130**.

I, Joseph Onega, do hereby affirm that on the **8th day of January, 2026** at **9:34 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT** due to no response on attemptes listed below.

**Additional Information pertaining to this Service:**
11/25/2025  11:48 am  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. This is an apartment. No answer and no movement.
12/1/2025  6:11 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer and no movement. The neighbor does not answer.
12/6/2025  8:14 am  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer and no movement heard.
12/16/2025  1:29 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I saw someone walking through the peephole and look at me through the peephole, but they did not answer the door.
12/22/2025  7:36 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement.
12/27/2025  12:23 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer and no movement heard.
1/6/2026  5:22 pm  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement.
1/8/2026  9:34 am  Attempted service at 350 S Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement. The neighbors do not answer. Security will not confirm the resident.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025001850

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a