# **RETURN OF NON-SERVICE**
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-25377-WPD

Plaintiff: **CLAUDIA YANEZ SALCEDO and EDGARD EMIL SEPULVEDA DIAZ**
vs.
Defendant: **TACOS EL PORKY I, LLC, FRANK A. NERI, and GIANCARLO MONSANTO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 14th day of January, 2026 at 2:52 pm to be served on **Giancarlo Monsanto, 350 N Miami Ave., Apt. 2712, Miami, FL 33130**.

I, Joseph Onega, do hereby affirm that on the **12th day of February, 2026** at **4:04 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT** due to no response on attempts listed below.

**Additional Information pertaining to this Service:**
1/21/2026  6:22 pm  Attempted service at 350 N Miami Ave., Apt. 2712, Miami, FL 33130. This is the apartment. No answer, no movement. The neighbor does not answer.
1/26/2026  7:46 am  Attempted service at 350 N Miami Ave., Apt. 2712, Miami, FL 33130. No answer, I hear no movement.
1/30/2026  5:39 pm  Attempted service at 350 N Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement.
2/6/2026  6:47 pm  Attempted service at 350 N Miami Ave., Apt. 2712, Miami, FL 33130. No answer. I hear no movement.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000049