UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ

    Plaintiff,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS ON DEFENDANTS**

    Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, through their undersigned counsel, move this Honorable Court for an extension of time to effect service of process on Defendants based on the following good cause:

    1.    Plaintiffs filed their Complaint on November 18, 2025. [ECF No. 1.]

    2.    Plaintiffs provided their process server with a copy of the Summons and Complaint.

    3.    The process server made multiple attempts to serve Defendant Tacos El Porky I, LLC, on eight different occasions, beginning on November 25, 2025, until the most recent attempt on January 8, 2026, but to no avail. [ECF No. 10].

    4.    On January 13, 2026, Plaintiffs filed a Proposed Alias Summons for Defendant, Tacos El Porky I, LLC, to be served via the Florida Secretary of State. [ECF No. 11].

5. A summons was reissued for Tacos El Porky I, LLC, c/o the Secretary of State, on January 14, 2026. [ECF No. 12].

6. On January 21, 2026, Plaintiffs received notice that the Secretary of State accepted service of process for Defendant Tacos El Porky I, LLC on January 14, 2026, at 12:12 pm. (Exhibit "B").

7. Plaintiffs are filing a separate Motion to Deem Defendant Tacos El Porky I, LLC served with Process pursuant to Fla. Stat. §48.161.

8. The process server made multiple attempts to serve Defendant, Frank A. Neri, on five different occasions, beginning on November 26, 2025, until the most recent attempt on January 17, 2026, but to no avail. [ECF No. 16].

9. Defendant, Frank A. Neri, failed to have anyone available at his last known address and/or alternate addresses on the various days on which attempts at service were made.

10. The process server made multiple attempts to serve Defendant, Giancarlo Monsanto, on twelve different occasions, beginning on November 25, 2025, until the most recent attempt on February 6, 2026, but to no avail. [ECF No. 17].

11. Defendant Giancarlo Monsanto failed to have anyone available at his last known address and/or alternate addresses on the various days on which attempts at service were made.

12. On February 23, 2026, Plaintiffs filed a Proposed Alias Summons for Defendants, Frank A. Neri and Giancarlo Monsanto, to be served via the Florida Secretary of State. [ECF No. 14].

13. Summonses were reissued for Frank A. Neri and Giancarlo Monsanto, c/o the Secretary of State, on February 23, 2026, 2026. [ECF No. 15].

14. Plaintiffs submit that good cause exists because Plaintiffs have diligently pursued service by initiating it promptly and making repeated service attempts on each Defendant over several months and at multiple addresses at varied times.

15. The failure to perfect service on the individual defendants has not resulted from neglect, but from difficulty locating and physically serving the Defendants despite diligent efforts.

16. Granting a brief extension will not prejudice Defendants, as no Defendant has appeared, and no substantive proceedings have occurred.

17. Plaintiffs thus request additional time to allow Florida's Secretary of State to process the request for substitute service on Frank A. Neri and Giancarlo Monsanto.

WHEREFORE, Plaintiffs request that the Court grant them an additional ninety days to serve Defendants by substitute service on Florida's Secretary of State.

Dated this 23rd day of February 2026,

Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
