UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,

    Plaintiff,

vs.

TACOS EL PORKY I, LLC 305,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTIONOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE, having come before the Court on Plaintiffs' Motion for Extension of Time to Effect Service of Process on Defendants, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff shall effect service of process on Defendants no later than May 25, 2026.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of _____ 20\_\_.

                                                                   WILLIAM P. DIMITROULEAS
                                                                   UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*