UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,

    Plaintiff,

vs.

TACOS EL PORKY I, LLC 305,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE, having come before the Court on Plaintiffs' Motion for Extension of Time to Effect Service of Process on Defendants, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is **ORDERED AND ADJUDGED** that the Motion [DE 18] is **GRANTED IN PART** as follows.

Plaintiff shall effect service of process on Defendants no later than March 25, 2026.

**DONE AND ORDERED** in Chambers at Fort Lauderdale Florida, this 24th day of February 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*