UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ

    Plaintiff,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

    Defendants.
_____/

## DECLARATION OF KATELYN SCHICKMAN, ESQ. PURSUANT TO 28 U.S.C. § 1746 AND FLA. STAT. § 48.161

I, Katelyn Schickman, Esq., make the following declaration pursuant to 28 U.S.C. §1746 and Fla. Stat. §48.161, and under penalty of perjury state as follows:

1. I am over the age of eighteen and am counsel of record for Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz.

2. I have personal knowledge of the facts stated herein.

3. I submit this Declaration in support of Plaintiffs' Motion to Deem Substituted Service Perfected pursuant to Florida Statutes §§ 48.062 and 48.161 (the "Motion").

**A.** **Background**

4. Plaintiffs filed their Complaint on November 18, 2025. [ECF No. 1.]

5. Plaintiffs filed the Complaint in this District because Defendants are residents of this District, owned a restaurant in this District, Plaintiffs worked and were to be paid in this

District, so this Court had original jurisdiction over Plaintiffs' federal question claims and pendent jurisdiction over their related Florida state law claims. *Id.*

6.     Plaintiffs provided their process server with a copy of the Summons and Complaint to be served on Defendant Tacos El Porky I, LLC ("Tacos El Porky").

**B.     Diligent Attempts to Serve Defendant**

7.     The Return of Non-Service sworn to by Plaintiffs' process server, Joseph Onega, reflects that between November 25, 2025 and January 8, 2026, the process server attempted to effect service of process on Tacos El Porky at least eight different times—at the address its registered agent, at its business address, and at the personal address of Giancarlo Monsanto, who is listed on Sunbiz as an authorized person for Baja restaurant Group, LLC. [ECF No. 10].

8.     Based upon my review of the Return of Non-Service and communications with the process server's office confirming that multiple attempts had been made at different times and locations, I concluded that reasonable and diligent efforts to effect personal service had been exhausted.

9.     Based upon the information reported by the process server, including the repeated attempts at multiple addresses and the reported circumstances of the attempts, it appeared that Tacos El Porky was not making itself available for service and/or evading service.

**C.     Substitute Service Through the Secretary of State**

10.    On January 13, 2026, Plaintiffs filed a Proposed Alias Summons for Tacos El Porky to be served via the Florida Secretary of State. [ECF No. 11].

11.    The following day, the Clerk of this Court issued the Alias Summons for service on Tacos El Porky through Secretary of State, on January 14, 2026. [ECF No. 12].

12. The office of the undersigned then utilized the Florida Department of State's online portal (https://online-sop.sunbiz.org/) to submit its request for substituted service on Defendant via the Secretary of State. (Exhibit "1").

13. On January 14, 2026, I mailed to Tacos El Porky, via certified mail, copies of the Complaint, the Summons issued for service upon the Secretary of State, and a letter notifying Tacos El Porky of the substituted serve, in compliance with Florida Statute § 48.161. (Exhibit "2").

14. On January 21, 2026, the Florida Secretary of State issued its notice of acceptance of substitute service on behalf of Tacos El Porky. (Exhibit "3").

### D. Compliance with Florida Law

15. Plaintiffs have served Tacos El Porky through the Secretary of State as described above.

16. Plaintiff has mailed Tacos El Porky notice of such service and copies of process by certified mail.

17. This Declaration is filed in compliance with Fla. Stat. § 48.161.

18. Accordingly, substitute service has been properly effected, and service of process is perfected as to Defendant Tacos El Porky I, LLC.

FURTHER DECLARANT SAYETH NAUGHT

## DECLARATION

Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct to the best of my knowledge and belief.

Executed and filed this 24th day of February 2026,

                                              Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*