

Juan Aragon <juan@fairlawattorney.com>

---

### Fwd: Submission #260114017SOP Received - Online Service of Process [sunbiz.org]
1 message

---

**Brian Pollock** <brian@fairlawattorney.com>  Thu, Jan 15, 2026 at 5:23 PM
To: Juan Aragon <juan@fairlawattorney.com>

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
[135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146](#)
Dir: 305.230.4822
Ofc: 305.230.4884
[brian@fairlawattorney.com](#)


---------- Forwarded message ---------
From: <[onlinesop@dos.myflorida.com](#)>
Date: Wed, Jan 14, 2026 at 12:12 PM
Subject: Submission #260114017SOP Received - Online Service of Process [[sunbiz.org](#)]
To: [brian@fairlawattorney.com](#) <[brian@fairlawattorney.com](#)>

# Submission Received

We received your substitute service of process submission for case number **1:25-CV-25377-DIMITROULEAS/D'ANGELO**, and it has been queued for staff review.

Submissions are reviewed in the order they are received. To see what staff are currently reviewing, see [current processing dates](#)

You will receive another email after the submission has been processed. The submitter can also view the current status at anytime by logging in to [https://online-sop.sunbiz.org](#).

## Details

| | |
|---|---|
| **Tracking #** | 260114017SOP |
| **Case #** | 1:25-CV-25377-DIMITROULEAS/D'ANGELO |
| **Parties** | CLAUDIA YANEZ SALCEDO AND EDGARD EMIL SEPULVEDA DIAZ v. TACOS EL PORKY I, LLC, FRANK A. NERI, AND GIANCARLO MONSANTO |

| | |
|---|---|
| Service Requested For | TACOS EL PORKY I, LLC |
| Contact | Brian Pollock (brian@fairlawattorney.com) |
| Submitter | Brian Pollock |
| Submission Date | 1/14/2026 12:12 PM |

If you have questions about *this submission*, you may contact this office at ApostillesCertsCorpHelp@dos.myflorida.com. Please reference your tracking number **260114017SOP**. All other inquiries must be directed to the attorney(s) involved.

**Online Service of Process**
Florida Department of State, Division of Corporations
https://online-sop.sunbiz.org

Email sent to brian@fairlawattorney.com.

**Do not reply.** This email address is not monitored.