UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ

      Plaintiff,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

      Defendants.
_____/

### PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
### FOR FAILURE TO COMPLY WITH RULE 4(M)

Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, through their undersigned counsel, hereby respond to the Court's Order to Show Cause for Failure to Comply with Rule 4(M), and state as follows:

1.      On February 17, 2026, the Court entered an Order directing Plaintiffs, on or before February 24, 2026, to either perfect service upon Defendants, show that service has already been made, or show good cause why service has not been perfected. [ECF No. 13].

2.      Plaintiffs filed their Complaint on November 18, 2025. [ECF No. 1].

3.      Immediately after filing the Complaint, Plaintiffs initiated service of process and provided a certified process server with the issued Summonses and Complaint for service upon all Defendants.

**A.      Service Efforts as to Defendant Tacos El Porky I, LLC**

4.      Plaintiffs' process server made at least eight attempts to serve Defendant Tacos El Porky I, LLC—at the address of its registered agent, its business address, and the residential address of its owner, Giancarlo Monsanto—between November 25, 2025, and January 8, 2026, without success. [ECF No. 10].

5.      After diligent but unsuccessful attempts at personal service, Plaintiffs proceeded with substituted service pursuant to Florida law.

6.      On January 13, 2026, Plaintiffs filed a Proposed Alias Summons for Defendant Tacos El Porky I, LLC to be served via the Florida Secretary of State.  [ECF No. 11].

7.      The following day, the Clerk of this Court issued the Alias Summons for service on Tacos El Porky I, LLC via the Secretary of State. [ECF No. 12].

8.      Plaintiffs submitted the Complaint and Alias Summons to the Florida Secretary of State to effect substituted service on Defendant Tacos El Porky I, LLC, and the Secretary of State accepted service and issued its Notice of Acceptance on January 21, 2026.

9.      Plaintiffs are contemporaneously filing a Motion to Deem Service Perfected as to Tacos El Porky I, LLC, pursuant to Fla. Stat. § 48.161 and applicable law. [ECF No. 20].

**B.      Service Efforts as to Individual Defendants**

10.      Plaintiffs likewise diligently attempted personal service on Defendant Frank A. Neri beginning on November 26, 2025, through January 17, 2026, at multiple addresses and at varying times of day. [ECF No. 16].

11.      Despite repeated attempts, no individual was available to accept service at the identified addresses, and Defendant Neri could not be personally served.

12.     Plaintiffs also attempted personal service on Defendant Giancarlo Monsanto beginning on November 25, 2025, through February 6, 2026, again at multiple addresses and at varied times. [ECF No. 17].

13.     These repeated efforts were unsuccessful despite diligence, as no individual was available to accept service and Defendant Monsanto could not be personally served.

**C.      Good Cause and Request for Extension**

14.     Federal Rule of Civil Procedure 4(m) requires service within 90 days but provides that, where a plaintiff shows good cause for failure to timely effect service, the Court must extend the time for service.

15.     Plaintiffs have acted diligently and in good faith in attempting to serve all Defendants. Service was initiated promptly after filing, and multiple attempts were made over the course of several weeks at different addresses and at varied times.

16.     This inability to perfect personal service has not resulted from neglect or inaction by the Plaintiffs, but from difficulty locating and physically serving Defendants despite sustained efforts.

17.     Plaintiffs have successfully effected substitute service of process on Defendant Tacos El Porky I, LLC through the Florida Secretary of State and are seeking an order deeming such service valid. [ECF No. 20].

18.     Plaintiffs are continuing diligent efforts to effect service on the remaining individual Defendants and have filed a separate Motion for Extension of Time to Effect Service [ECF No. 18] to ensure full compliance with Federal Rule of Civil Procedure 4(m).

19.     Under these Plaintiffs respectfully submit that good cause exists for any delay in perfecting service and that dismissal would be unwarranted.

WHEREFORE, Plaintiffs respectfully request that the Court discharge its Order to Show Cause [ECF No. 13], find that good cause exists under Federal Rule of Civil Procedure 4(m), and grant such further relief as the Court deems just and proper.

Respectfully submitted this 24th day of February 2026,

> Katelyn Schickman, Esq.
> Brian H. Pollock, Esq.
> Fla. Bar No. 174742
> brian@fairlawattorney.com
> Katelyn Schickman, Esq.
> Fla. Bar No. 1064879
> katie@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:     305.230.4884
> *Counsel for Plaintiff*