UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25- 25377-WPD

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ

    Plaintiffs,

v.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND GIANCARLO MONSANTO,

    Defendants.

_____/

## ORDER REFERRING MOTION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiffs' Motion to Deem service of Complaint Perfected via Substituted Service Through the Florida Secretary of State [DE 20] is hereby **REFERRED** to United States Magistrate Judge D'Angelo for appropriate disposition *or* report and recommendation, to the extent a ruling is required.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of March, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge D'Angelo