UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-WPD

CLAUDIA YANEZ SALCEDO and

EDGARD EMIL SEPULVEDA DIAZ, Plaintiffs,

vs.

TACOS EL PORKY I, LLC,

FRANK A. NERI, and

GIANCARLO MONSANTO, Defendants. _____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, **FRANK A. NERI** and **GIANCARLO MONSANTO**, appearing pro se, hereby respond to the Complaint and Summons filed by Plaintiffs as follows:

### RESPONSE TO ALLEGATIONS

1. **Parties and Jurisdiction:** Defendants deny the allegations in Paragraphs 8 and 9 of the Complaint. While Defendants are members of an entity with an investment interest in Tacos El Porky I, LLC, they deny that they managed daily operations, made operational decisions, or were responsible for paying Plaintiffs' wages.

2. **Employer Status:** Defendants deny the allegations in Paragraph 19 and Paragraphs 26–28. Defendants do not hire, manage, supervise, or have direct communication with employees. They should not be held personally responsible for the business, as their role is limited to that of investors.

3. **General Denial:** Defendants deny all remaining allegations of FLSA violations, including minimum wage and overtime claims, to the extent they suggest personal liability for Frank A. Neri or Giancarlo Monsanto.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense: Insufficiency of Service of Process** The Plaintiffs failed to serve the correct parties or the Registered Agent of the corporate entity. Service was attempted via substitute service on the Secretary of State on February 24, 2026, without properly exhausting direct service on the appropriate representatives.

**Second Affirmative Defense: Misnomer / Incorrect Entity Name** The Plaintiffs have utilized an incorrect name for the entity they intend to sue. The Complaint refers to "Tacos El Porky I, LLC 305", which is not the correct legal name of the entity in which the Defendants have an interest.

**Third Affirmative Defense: Not an "Employer" Under the FLSA** Defendants Frank A. Neri and Giancarlo Monsanto do not meet the definition of "employer" under 29 U.S.C. § 203(d). They lack operational control, do not supervise employees, and do not control the terms and conditions of employment. As mere investors, they are protected from personal liability for the debts or actions of the corporate entity.

**WHEREFORE**, Defendants Frank A. Neri and Giancarlo Monsanto demand that this action be dismissed against them personally with prejudice and that the Court grant such other relief as it deems just and proper.

Respectfully submitted,

---

**Frank A. Neri**


**Giancarlo Monsanto**

Frank Neri
150 SE 2nd Avenue #1003
Miami, FL 33131

REC'D BY_____D.C.
MAR 06 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Retail  

U.S. POSTAGE
FCM LETTER
SOUTH MIAMI,
MAR 04, 2026

33128

$6.08

S2324Y502386

RDC 99

CERTIFIED MAIL
9589 0710 5270 4040 4281 59

FLSDU
400 North Miami Avenue, Room 8N09
Miami, FL 33128

33128-180549