UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ

      Plaintiffs,

VS.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

      Defendants.

_____/

### PLAINTIFFS' NOTICE OF COMPLIANCE PURSUANT TO MARCH 13, 2026 ORDER

Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, by and through undersigned counsel, hereby file this Notice of Compliance pursuant to the Court's March 12, 2026, Order Granting Plaintiffs' Motion to Deem Service of Complaint Perfected Via Substitute Service. [DE 24].

In compliance with paragraph 3 of the Court's Order Granting Plaintiffs' Motion to Deem Service of Complaint Perfected Via Substitute Service [DE 24], Plaintiffs confirm that on March 17, 2026, they transmitted the Notice of Service of Process [DE 20-3], the Alias Summons [DE 12], and the Complaint [DE 1] via electronic mail to Defendant Tacos El Porky I, LLC at its last known electronic addresses.

To ensure actual notice to the corporate entity, Plaintiffs transmitted the service package to the following three electronic addresses associated with the LLC, its Registered Agent, and its managing members:

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

1.  hola@bajarestaurantgroup.com (the publicly listed email address for the LLC's Registered Agent, Baja Restaurant Group, LLC);

2.  fn@bajarestaurantgroup.com (the email address of Frank A. Neri, who is listed as an authorized representative for the Registered Agent and who recently utilized this address to correspond with the Court [D.E. 23]); and

3.  gmonsanto@gmail.com (the email address of Giancarlo Monsanto, who is listed as an authorized representative for the Registered Agent and who recently utilized this address to correspond with the Court [D.E. 23]).

Dated this 17th day of March 2026.

<u>Katelyn Schickman, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*

2