UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CLAUDIA HELEN YANEZ SALCEDO,

      Plaintiff,

vs.

TACOS EL PORKY I, LLC 305,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

      Defendants.

_____/

### DECLARATION OF KATELYN SCHICKMAN, ESQ. PURSUANT TO 28 U.S.C. §1746 AND FLA. STAT. §48.161

I, Katelyn Schickman, Esq., make the following declaration pursuant to 28 U.S.C. §1746 and Fla. Stat. §48.161, and under penalty of perjury, state as follows:

1. I am over the age of eighteen and am counsel of record for Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz.

2. I have personal knowledge of the facts stated herein.

3. I submit this Declaration in support of Plaintiff's Motion to Declare Defendants Frank A. Neri ("Mr. Neri") and Giancarlo Monsanto ("Mr. Monsanto"), Served with Process Pursuant to Fla. Stat. §48.161 (the "Motion").

**A.**    **Background**

4. Plaintiffs filed their Complaint on November 18, 2025. [ECF No. 1].

5. Plaintiffs filed the Complaint in this District because Defendants are residents of this District, owned a restaurant in this District, Plaintiffs worked and were to be paid in this

1

District, so this Court had original jurisdiction over Plaintiffs' federal question claims and pendent jurisdiction over their related Florida state law claims. *Id.*

6.      Plaintiffs provided their process server with a copy of the Summons and Complaint to be served on Frank A. Neri and Giancarlo Monsanto ("Defendants").

**B.      Diligent Attempts to Serve Defendant**

7.      The Returns of Non-Service for Mr. Neri, sworn to by the Plaintiffs' process server Stefany Camejo, reflect that between November 26, 2025, and January 17, 2026, the process server attempted to effect service of process on Frank A. Neri at least five different times at multiple residential addresses associated with Mr. Neri. [ECF No. 16].

8.      The Returns of Non-Service for Mr. Monsanto, sworn to by the Plaintiffs' process server Joseph Onega, reflect that between November 25, 2026, and February 6, 2026. The process server attempted to effect service of process on Giancarlo Monsanto at least twelve times at multiple addresses associated with Mr. Monsanto. [ECF No. 17].

9.      Based upon my review of the Returns of Non-Service and communications with the process servers' office confirming that multiple attempts had been made at different times and locations, I concluded that reasonable and diligent efforts to effect personal service had been exhausted.

10.      Based upon the information reported by the process served, including the repeated attempts at multiple addresses and the reported circumstances of the attempts, it appeared that Mr. Neri and Mr. Monsanto were not making themselves available for service and/or evading service.

**C.      Substitute Service through the Secretary of State**

11.      On February 3, 2026, Plaintiffs filed a Proposed Alias Summons for Mr. Neri and

2

Mr. Monsanto to be served via the Florida Secretary of State. [ECF No. 14].

12. The Same day, the Clerk of this Court issued the Alias Summons for service on Mr. Neri and Mr. Monsanto through the Secretary of State. [ECF No. 15].

13. The office of the undersigned then utilized the Florida Department of State's online portal (https://online-sop.sunbiz.org/) to submit its request for substituted service on Mr. Neri and Mr. Monsanto via the Secretary of State. (Exhibit "1").

14. On March 18, 2026, I mailed, via certified mail, copies of the Complaint, the Summons issued for service upon the Secretary of State, and letters to Mr. Neri and Mr. Monsanto notifying them of the substituted service, in compliance with Fla. Stat. §48.181. (Exhibit "2").

15. On March 17, 2026, the Florida Secretary of State issued its notices of acceptance of substitute service on behalf of Mr. Neri and Mr. Monsanto. (Exhibit "3").

**D.** **Compliance with Florida Law**

16. Plaintiffs have served Mr. Neri and Mr. Monsanto through the Secretary of State as described above.

17. Plaintiffs have mailed Mr. Neri and Mr. Monsanto notice of such service and copies of process by certified mail.

18. This Declaration is filed in compliance with Fla. Stat. §48.161.

19. Accordingly, substitute service has been properly effected, and service of process is perfected as to Mr. Neri and Mr. Monsanto.

FURTHER DECLARANT SAYETH NAUGHT

3

## **DECLARATION**

Under penalty of perjury, I declare that I have read the foregoing document and that the

facts stated in it are true and correct to the best of my knowledge and belief.

Executed and filed this 20th day of March 2026,

<div style="margin-left: 50%;">

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

</div>

4