

Juan Aragon <juan@fairlawattorney.com>

---

## Fwd: Submission #260224033SOP Received - Online Service of Process [sunbiz.org]
1 message

---

**Brian H. Pollock** <brian@fairlawattorney.com>                        Tue, Feb 24, 2026 at 11:55 AM
To: Katie Schickman <katie@fairlawattorney.com>, Juan Aragon <juan@fairlawattorney.com>

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

- and -

1420 Washington Boulevard
Suite 310
Detroit, MI 48226

> Begin forwarded message:
>
> **From:** onlinesop@dos.myflorida.com
> **Subject: Submission #260224033SOP Received - Online Service of Process [sunbiz.org]**
> **Date:** February 24, 2026 at 12:08:31 PM EST
> **To:** "brian@fairlawattorney.com" <brian@fairlawattorney.com>

# Submission Received

We received your substitute service of process submission for case
number **1:25-CV-25377-DIMITROULEAS/D'ANGELO**, and it has been queued
for staff review.

Submissions are reviewed in the order they are received. To see what staff are
currently reviewing, see current processing dates

You will receive another email after the submission has been processed. The
submitter can also view the current status at anytime by logging in
to https://online-sop.sunbiz.org.

## Details

| | |
|---|---|
| **Tracking #** | 260224033SOP |
| **Case #** | 1:25-CV-25377-DIMITROULEAS/D'ANGELO |
| **Parties** | CLAUDIA YANEZ SALCEDO and EDGARD EMIL SEPULVEDA DIAZ, v. TACOS EL PORKY I, LLC, FRANK A. NERI, and GIANCARLO MONSANTO |
| **Service Requested For** | GIANCARLO MONSANTO |
| **Contact** | Brian Pollock (brian@fairlawattorney.com) |

| **Submitter** | Brian Pollock |
|---|---|
| **Submission Date** | 2/24/2026 12:08 PM |

If you have questions about *this submission*, you may contact this office at ApostillesCertsCorpHelp@dos.myflorida.com. Please reference your tracking number **260224033SOP**. All other inquiries must be directed to the attorney(s) involved.

**Online Service of Process**
Florida Department of State, Division of Corporations
https://online-sop.sunbiz.org

---

Email sent to brian@fairlawattorney.com.

**Do not reply.** This email address is not monitored.