

## FLORIDA DEPARTMENT OF STATE

Division of Corporations

March 17, 2026

Brian Pollock

Pursuant to Chapter 48.161,48.181 Florida Statutes, substitute service of process was accepted for FRANK A. NERI in case number 1:25-CV-25377-DIMITROULEAS/D'ANGELO and was filed on February 24, 2026 at 12:04 PM.

Plaintiff(s)
CLAUDIA YANEZ SALCEDO and EDGARD EMIL SEPULVEDA DIAZ
v.
Defendant(s)
TACOS EL PORKY I, LLC, FRANK A. NERI, and GIANCARLO MONSANTO

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.


Beryllium Spalding
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 260224032SOP.01