UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPÚLVEDA DÍAZ

      Plaintiff,

vs.

TACOS EL PORKY I, LLC 305,
 FRANK A. NERI, AND
GIANCARLO MONSANTO,

      Defendants.

_____/

## NON-MILLITARY AFFIDAVIT

BEFORE ME, the undersigned authority to take oaths in the state and county aforesaid, personally appeared Katelyn Schickman, who, after being duly sworn, deposes and says:

1.     That I am the attorney for the above-named Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz.

2.     This affidavit is submitted pursuant to 50 U.S.C. §521 in connection with Plaintiffs' Motion to Deem Service of Complaint Perfected via Substituted Service through the Florida Secretary of State.

3.     On March 20, 2026, I conducted a Servicemembers Civil Relief Act status inquiry through the Department of Defense Manpower Data Center ("DMDC") regarding Defendants Frank A. Neri and Giancarlo Monsanto using the identifying information available to Plaintiffs, including their names and dates of birth.

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

4.  A true and correct copy of the resulting DMDC Status Reports is attached hereto as Exhibit "1."

5.  The DMDC Status Report reflects that Defendants Frank A. Neri and Giancarlo Monsanto were not in any protected leave status during the relevant time and:

    a.  Were not on active duty as of March 20, 2026;

    b.  Were not on leave from active duty within 367 days preceding this date; and

    c.  Was not notified of a future call to return to active duty as of this date.

FURTHER AFIANT SAYETH NAUGHT.



Katelyn Schickman, Esq. (1064879)
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

Before me, the undersigned authority, personally appeared (in person), <u>Katelyn Schickman, Esq.</u>, who is personally known to me and who, after being duly sworn, deposes and says that she has read the foregoing and that the facts and matters set forth herein are true and correct to the best of her knowledge.

SWORN TO AND SUBSCRIBED this 20th day of March 2026.

Notary Public State of Florida
Steffany Sanguino
My Commission  HH 698200
Expires  11/8/2029

Notary Public, State of Florida
My Commission Expires:

---