UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,

     Plaintiff,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

     Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO DEEM SERVICE OF COMPLAINT PERFECTED VIA SUBSTITUTED SERVICE THROUGH THE <u>FLORIDA SECRETARY OF STATE</u>**
**(as to Defendants Frank A. Neri and Giancarlo Monsanto)**

THIS CAUSE, having come before the Court on Plaintiffs' Motion to Deem Service of Complaint Perfected via Substituted Service through the Florida Secretary of State [ECF No. 26]. The Court has reviewed the Motion, the Sworn Declaration of Plaintiffs' counsel attached thereto as Exhibit "A," the record in this case, and is otherwise fully advised in the premises.

It is hereby ORDERED AND ADJUDGED as follows:

1.     Plaintiffs exercised reasonable diligence in attempting to effect personal service of the Complaint and Summons upon Defendants Frank A. Neri and Giancarlo Monsanto.

2.     Substitute service upon the Florida Secretary of State was properly effected pursuant to Fed. R.Civ. P. 4, and Fla. Stat. §§ 48.161 and 48.181.

3.     Plaintiffs complied with the statutory requirements of Fla. Stat. §48.161, including service upon the Florida Secretary of State, mailing notice and copies of process via certified mail, and filing a sworn declaration of compliance.

4.      Service of process of the Complaint upon the Defendants Frank A. Neri and Giancarlo Monsanto is hereby DEEMED PERFECTED as of March 17, 2026.

DONE AND ORDERED in Chambers on this _____ day of _____ 20__.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*