UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,

     Plaintiff,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

     Defendants.

_____/

## ORDER REFERRING MOTION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, Plaintiffs' Motion to Deem Service of Complaint Perfected via

Substituted Service through the Florida Secretary of State [ECF No. 26]. is hereby **REFERRED**

to United States Magistrate Judge Ellen F. D'Angelo for appropriate disposition *or* report and

recommendation.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

23rd day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Ellen F. D'Angelo