UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 25-25377-CIV-DIMITROULEAS

CLAUDIA YANEZ SALCEDO AND EDGARD EMIL SEPULVEDA DIAZ,

Plaintiffs,

vs.

TACOS EL PORKY I, LLC, et. al.,

Defendants.

_____/

**<u>ORDER SETTING DEADLINE TO SERVE DEFENDANT TACOS EL PORKY I, LLC</u>**

THIS CAUSE is before the Court on *sua sponte* review of the record.

Plaintiffs filed this action on November 11, 2025. [DE 1]. On February 17, 2026, after three months had passed, the Court entered an Order to Show Cause for Failure to Comply with Rule 4(m), which requires service of process to be effectuated within 90 days of filing suit. [DE 13]. Plaintiffs moved for an extension of time to effectuate service, [DE 18], which the Court granted in part, allowing until March 25, 2026 to effectuate service. [DE 19]. Plaintiffs immediately thereafter filed a Motion to Deem Service of Complaint Perfected Via Substituted Service Through the Florida Secretary of State. [DE 20]. The Court referred the motion to the Magistrate Judge, [DE 22], and on April 13, 2026, Magistrate Judge D'Angelo denied the motion, finding Plaintiffs had failed to meet the requirements for substitute service. As of the date of this Order, Defendant Tacos El Porky I, LLC has not been served. (Although, Defendants Frank A Neri and Giancarlo Monsanto have filed an answer to the complaint). *See* [DE 23].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs shall perfect service of process on Defendant Tacos El Porky I, LLC not later

than **April 24, 2026**. Failure to properly effectuate service will result in the immediate dismissal without prejudice of Defendant Tacos El Porky I, LLC. No further extensions should be expected absent a showing of good cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record