UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,

     Plaintiff,

vs.

TACOS EL PORKY I,
FRANK A. NERI AND
GIANCARLO MONSANTO,

     Defendants.

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, TACOS EL PORKY I, LLC

Plaintiff, Claudia Helen Yanez Salcedo, through undersigned counsel and pursuant to Fed. R. Civ. P. 55 and other applicable Rules and laws, moves the Clerk of Court to enter a Default against Defendant, Tacos El Porky I, LLC, based on the following good cause:

1.     Following Ms. Yanez's repeated and diligent attempts to serve Tacos El Porky I, LLC with process, Ms. Yanez was left with no choice but to effectuate substitute service on Tacos El Porky I, LLC through the Florida Secretary of State as its agent. [ECF Nos. 10-12, 20].

2.     Ms. Yanez perfected substitute service on the Tacos El Porky I, LLC through the Florida Secretary of State on March 13, 2026. [ECF Nos. 24 - 25].

3.     Defendant, Tacos El Porky I, LLC, failed to timely file a request for an extension of time from the Court, failed to receive an extension of time from the Court, and otherwise failed to respond to the Complaint such that the Clerk of Courts should now proceed to enter a Default against Defendant, Tacos El Porky I, LLC.

## MEMORANDUM OF LAW

"In the courts, there is room for only so much lenity. The district court must consider the equities not only to plaintiff and his counsel, but also to the opposing parties and counsel, as well as to the public, including those persons affected by the court's increasingly crowded docket." *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

WHEREFORE Plaintiff, Claudia Helen Yanez Salcedo, requests the Clerk of Courts to issue a Default against Defendant, Tacos El Porky I, LLC, for failing to respond to the Complaint within the time proscribed by law or request (and obtain) an extension of time from the Court, and to award such other and further relief as the Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 22nd day of April 2026, which will effect service on all who appear in this action, and by U.S. Mail on Defendant, Tacos El Porky I, LLC, 150 SE 2nd Ave, Unit 1003, Miami, FL 33131 (the address where served with process in this action).

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
