UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,

     Plaintiff,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

     Defendants.
_____/

## CLERK'S DEFAULT

It appearing that Defendant herein, Tacos El Porky I, LLC, is in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendant, Tacos El Porky I, LLC, as of course, on this date _____.

**ANGELA E. NOBLE**
CLERK OF COURT

By:_____
    Deputy Clerk

`