**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


CLAUDIA YANEZ SALCEDO, et al.

              PLAINTIFF(S)

              v.

TACOS EL PORKY I, LLC, et al.,



              DEFENDANT(S).

CASE NUMBER
  1:25−cv−25377−WPD




**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**TACOS EL PORKY I,**

as of course, on the date April 22, 2026.

              **Angela E. Noble**
              CLERK OF COURT

              By _/s/ *Kati Sun Rivers*_
              Deputy Clerk

cc:  Judge William P. Dimitrouleas
     Claudia Yanez Salcedo


DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)