UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-25377-WPD

Claudia Yanez Salcedo
and Edgard Emil Sepulveda Diaz,

        Plaintiffs,

vs.

Tacos El Porky I, LLC., et. al.

        Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte.* This Court's November 21, 2025 Order directed the parties to file a Joint Scheduling Report and Joint Proposed Order within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. *See* [DE 9].  Defendants Giancarlo Monsanto and Frank A. Neri filed their answer on March 6, 2026, *see* [DE 23], and Defendant Tacos El Porky I is in default. *See* [DE 32].

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **April 30, 2026** Plaintiff shall either show cause why this case should not be dismissed for failure to follow this Court's Order or file a Joint Scheduling Report and Joint Proposed Order that includes the parties' proposed deadlines. Failure to timely respond will result in dismissal of the case without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:

Counsel of record