UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ,

      Plaintiffs,

vs.

TACOS EL PORKY I,
 FRANK A. NERI, AND
GIANCARLO MONSANTO,

      Defendants.

_____/

## **PROPOSED SCHEDULE**

This MATTER is set for jury trial for the week of May 31, 2027. The Plaintiffs propose to

adhere to the following schedule:

| | |
|---|---|
| June 29, 2026 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| July 13, 2026 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| July 29, 2026 | The Parties shall file motions to amend pleadings or join Parties |
| October 26, 2026 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| November 9, 2026 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k).<br>The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| January 29, 2027 | The Parties shall complete all discovery, including expert discovery. |
| October 2, 2026 | The Parties shall complete mediation and file a mediation report with the Court. |
| February 12, 2027 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |

| May 21, 2027 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| March 5, 2027 | The Parties shall file witness and exhibit lists and all *motions in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 30th day of April 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*