UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25377-CIV-DIMITROULEAS

CLAUDIA YANEZ SALCEDO AND EDGARD EMIL SEPULVEDA DIAZ,

Plaintiffs,

vs.

TACOS EL PORKY I, LLC, et. al.,

Defendants.

_____/

### **ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiffs filed this action on November 11, 2025. [DE 1]. On February 17, 2026, after three months had passed, the Court entered an Order to Show Cause for Failure to Comply with Rule 4(m), which requires service of process to be effectuated within 90 days of filing suit. [DE 13]. Plaintiffs moved for an extension of time to effectuate service, [DE 18], which the Court granted in part, allowing until March 25, 2026 to effectuate service. [DE 19]. Plaintiffs immediately thereafter filed a Motion to Deem Service of Complaint Perfected Via Substituted Service Through the Florida Secretary of State with respect to Defendant Tacos El Porky I, LLC. [DE 20]. Magistrate Judge D'Angelo granted the motion, finding that Plaintiffs were authorized to serve the Florida Secretary of State on behalf of Defendant Tacos El Porky I, LLC pursuant to

Florida Statute Section 48.161, and stating, "[t]o the extent possible, Plaintiffs shall send their notice of service of process (DE 20-3), along with the summons and Complaint, to Defendant Tacos El Porky I, LLC, at its "last known electronic address." Fla. Stat. § 48.461(3). By March 19, 2026, Plaintiffs shall file a Notice of Compliance on the docket stating whether they have sent the notice, summons and Complaint, to Defendant Tacos El Porky I, LLC's last known electronic address." [DE 24]. Plaintiffs did so. *See* [DE 25].[1]

On April 22, 2026, the Clerk entered defaulted as to Tacos El Porky I, [DE 32]. However as of the date of this Order, Plaintiffs have not moved for default judgment against Tacos El Porky I.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Plaintiffs on or before May 11th, 2026. shall either move for final default judgment against Defendant Tacos El Porky I, LLC or show cause why this action should not be dismissed for a lack of prosecution; and

2.  A failure to comply with this Order may result in immediate dismissal of Defendant Tacos El Porky I, LLC without prejudice.

3.  Plaintiffs shall send a copy of this Order to Defendant Tacos El Porky I, LLC through the method authorized and file a notice of compliance in the record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 4th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

---

[1] The Order to Show Cause [DE 29] is discharged as it appears that Defendant Tacos El Porky I LLC was served per substitute service and the method proscribed by Judge D'Angelo on March 17, 2026. [DEs 24, 25].