UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,
and EDGARD EMIL SEPULVEDA DIAZ,

      Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, and
GIANCARLO MONSANTO,

      Defendants.

_____/

## **PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT**

Plaintiff, Claudia Helen Yanez Salcedo, having been duly sworn, depose and state as follows:

1.     I provided labor and service for Defendants, Tacos El Porky I, LLC, Frank A. Neri, and Giancarlo Monsanto, and initiated this lawsuit to recover the value of the services I earned but was not paid for.

2.     From April 2024 to September 3, 2025, I performed services on behalf of Defendants, Tacos El Porky I, LLC, Frank A. Neri, and Giancarlo Monsanto, for which I was not compensated.

3.     I am owed the total amount of **$22,430.00**, comprised of the following:

    a.   $1,719.94 in unpaid minimum wages under the FLSA, calculated as follows:

| Dates Worked | Hours Per Week | Minimum Wage Rate | Wages Paid | Minimum Wages Owed |
|---|---|---|---|---|
| 4/29/24-5/5/24 | 24.84 | $7.25 | $0 | $180.09 |
| 5/6/24-5/12/24 | 40 | $7.25 | $0 | $290 |
| 5/20/24-5/26/24 | 40 | $7.25 | $0 | $290 |
| 7/29/24-8/4/24 | 40 | $7.25 | $0 | $290 |
| 2/17/25-2/23/25 | 40 | $7.25 | $232.62 | $57.38 |
| 6/16/25-6/22/25 | 40 | $7.25 | $100 | $190 |
| 6/30/25-7/6/25 | 36.34 | $7.25 | $100 | $163.47 |
| 7/14/25-7/20/25 | 40 | $7.25 | $221 | $69 |
| 8/25/25-8/31/25 | 40 | $7.25 | $100 | $190 |

   b.   $4,564.06 in unpaid overtime wages under the FLSA, calculated as follows:

| Dates Worked | Overtime Hours Per Week | Overtime Rate* | Overtime Paid | Overtime Wages Owed |
|---|---|---|---|---|
| 5/6/24–5/12/24 | 26.75 | $18 | $0 | $481.50 |
| 5/13/24–5/19/24 | 25.2 | $18 | $41.46 | $412.14 |
| 5/20/24-5/26/24 | 24.22 | $18 | $0 | $453.60 |
| 5/27/24-6/2/24 | 23.84 | $18 | $334.82 | $94.30 |
| 6/3/24-6/9/24 | 23.33 | $18 | $0 | $419.94 |
| 7/15/24-7/21/24 | 21.33 | $18 | $94.11 | $289.83 |
| 7/29/24-8/4/24 | 14.98 | $18 | $0 | $269.64 |
| 1/6/25-1/12/25 | 5.28 | $19.5 | $0 | $102.96 |

| | | | | |
|---|---|---|---|---|
| 2/10/25-2/16/25 | 8 | $19.5 | $0 | $156 |
| 2/17/25-2/23/25 | 5.27 | $19.5 | $0 | $102.77 |
| 3/3/25-3/9/25 | 6.02 | $19.5 | $81.21 | $36.18 |
| 3/10/25-3/16/25 | 8 | $19.5 | $0 | $156 |
| 3/24/25-3/30/25 | 9.8 | $19.5 | $0 | $194.04 |
| 4/28/25-5/4/25 | 16.43 | $19.5 | $267.23 | $53.16 |
| 5/5/25 – 5//11/25 | 10.39 | $19.5 | $41.51 | $161.10 |
| 5/26/25-6/1/25 | 10.77 | $19.5 | $0 | $210.02 |
| 6/2/25-6/8/25 | 0.66 | $19.5 | $0 | $12.87 |
| 6/16/22-6/22/25 | 7.56 | $19.5 | $0 | $174.42 |
| 7/7/25-7/13/25 | 5.74 | $19.5 | $10 | $101.93 |
| 7/14/25-7/20/25 | 4.94 | $19.5 | $0 | $96.33 |
| 7/21/25-7/27/25 | 16.85 | $19.5 | $240 | $88.58 |
| 8/4/25-8/10/25 | 10.15 | $19.5 | $0 | $197.92 |
| 8/11/25-8/17/25 | 9.74 | $19.5 | $59 | $130.93 |
| 8/25/25 – 8/31/25 | 8.61 | $19.5 | $0 | $167.90 |

*Overtime Rate is based on the applicable Florida minimum wage rates of either $12 per hour or $13 per hour.

    c.  $16,146.60 un unpaid tips, calculated as follows:

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*

| Dates Worked | Average Tips Received per Week | Tips Paid | Tips Owed |
|---|---|---|---|
| 4/22/24-4/28/24 | $350 | $287.11 | $62.89 |
| 4/29/24-5/5/24 | $350 | $0 | $350 |
| 5/6/24-5/12/24 | $350 | $0 | $350 |
| 5/13/24-5/19/24 | $350 | $0 | $350 |
| 5/20/24-5/26/24 | $350 | $0 | $350 |
| 5/27/24-6/2/24 | $350 | $0 | $350 |
| 6/3/24-6/9/24 | $350 | $0 | $350 |
| 6/10/24-6/16/24 | $350 | $318.60 | $31.40 |
| 6/17/24-6/23/24 | $350 | $130.60 | $219.40 |
| 7/1/24-7/7/24 | $350 | $264.11 | $103.89 |
| 7/15/24-7/21/24 | $350 | $0 | $350 |
| 7/22/24-7/28/24 | $350 | $201.27 | $148.73 |
| 7/29/24-8/4/24 | $350 | $0 | $350 |
| 8/5/24-8/11/24 | $350 | $0.67 | $349.33 |
| 8/19/24-8/25/24 | $350 | $207.43 | $142.57 |
| 8/26/24-9/1/24 | $350 | $253.29 | $96.71 |
| 9/2/24-9/8/24 | $350 | $246.95 | $103.05 |
| 9/9/24-9/15/24 | $350 | $214.47 | $135.53 |
| 9/16/24-9/22/24 | $350 | $153.44 | $196.56 |
| 9/23/24-9/29/24 | $350 | $0 | $350 |

| | | | |
|---|---|---|---|
| 9/30/24-10/6/24 | $350 | $247.98 | $102.02 |
| 10/7/24-10/13/24 | $350 | $150.09 | $199.91 |
| 10/14/24-10/20/24 | $350 | $195.05 | $154.95 |
| 10/21/24-10/27/24 | $350 | $66.20 | $283.80 |
| 11/4/24-11/10/24 | $350 | $100.51 | $249.49 |
| 11/11/24-11/17/24 | $350 | $93.54 | $256.46 |
| 11/18/24-11/24/24 | $350 | $0 | $350 |
| 11/25/24-12/1/24 | $350 | $217.45 | $132.55 |
| 12/2/24-12/8/24 | $350 | $303.37 | $46.63 |
| 12/9/24-12/15/24 | $350 | $193.33 | $156.67 |
| 12/16/24-12/22/24 | $350 | $260.76 | $89.24 |
| 12/30/24 -1/5/25 | $350 | $0 | $350 |
| 1/6/25-1/12/25 | $350 | $0 | $350 |
| 1/13/25-1/19/25 | $350 | $51.32 | $298.68 |
| 1/20/25-1/26/25 | $350 | $117.43 | $232.57 |
| 1/27/25-2/2/25 | $350 | $287.31 | $62.69 |
| 2/3/25-2/9/25 | $350 | $208.76 | $141.24 |
| 2/10/25-2/16/25 | $350 | $0 | $350 |
| 2/17/25-2/23/25 | $350 | $0 | $350 |
| 3/3/25-3/9/25 | $350 | $0 | $350 |
| 3/10/25-3/16/25 | $350 | $0 | $350 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

| | | | |
|---|---|---|---|
| 3/17/25-3/23/25 | $350 | $13.67 | $336.33 |
| 3/24/25-3/30/25 | $350 | $0 | $350 |
| 3/31/25-4/6/25 | $350 | $133.04 | $216.96 |
| 4/7/25-4/13/25 | $350 | $150.19 | $199.81 |
| 4/21/25-4/27/25 | $350 | $262.02 | $87.97 |
| 4/28/25-5/4/25 | $350 | $0 | $350 |
| 5/5/25-5/11/25 | $350 | $0 | $350 |
| 5/12/25-5/18/25 | $350 | $68.60 | $281.40 |
| 5/19/25-5/25/25 | $350 | $219.61 | $130.30 |
| 5/26/25-6/1/25 | $350 | $0 | $350 |
| 6/2/25-6/8/25 | $350 | $0 | $350 |
| 6/9/25-6/15/25 | $350 | $238 | $112 |
| 6/16/25 -6/22/25 | $350 | $0 | $350 |
| 6/23/25-6/29/25 | $350 | $18.44 | $331.56 |
| 6/30/25-7/6/25 | $350 | $0 | $350 |
| 7/7/25-7/13/25 | $350 | $0 | $350 |
| 7/14/25-7/20/25 | $350 | $0 | $350 |
| 7/21/25-7/27/25 | $350 | $0 | $350 |
| 7/28/25-8/3/25 | $350 | $156.08 | $193.92 |
| 8/4/25-8/10/25 | $350 | $0 | $350 |
| 8/11/25-8/17/25 | $350 | $0 | $350 |

| 8/18/25-8/24/25 | $350 | $240.71 | $109.29 |
|---|---|---|---|
| 8/25/25-8/31/25 | $350 | $0 | $350 |

4.      I am also seeking liquidated damages in the amount of $22,430.00, which is the same amount of the sum of my unpaid minimum wages, overtime wages, and tips under the FLSA.

5.      In total, I am owed $44,860.00 in unpaid wages and liquidated damages, in addition to entitlement to recovery of my attorneys' fees, costs, and reasonable expenses.

6.      I hired FairLaw Firm to represent me in this case and seek entitlement to recover my attorneys' fees, costs, and reasonable expenses from my former employer.

## **DECLARATION**

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

**Dated:** 11/05/2026

_CHY_
Claudia Helen Yanez Salcedo (May 11, 2026 22:35:34 EDT)
**CLAUDIA HELEN YANEZ SALCEDO**

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*