UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,
and EDGARD EMIL SEPULVEDA DIAZ,

     Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, and
GIANCARLO MONSANTO,

     Defendants.

_____/

## PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff, Edgard Emil Sepulveda Diaz, having been duly sworn, depose and state as follows:

1. I provided labor and service for Defendants, Tacos El Porky I, LLC, Frank A. Neri, and Giancarlo Monsanto, and initiated this lawsuit to recover the value of the services I earned but was not paid for.

2. From May 2025 to September 3, 2025, I performed services on behalf of Defendants, Tacos El Porky I, LLC, Frank A. Neri, and Giancarlo Monsanto, for which I was not compensated.

3. I am owed the total amount of **$4,883.94**, comprised of the following:

    a. $1,442.86 in unpaid minimum wages under the FLSA, calculated as follows:

| Dates Worked | Hours Per Week | Minimum Wage Rate | Wages Paid | Minimum Wages Owed |
|---|---|---|---|---|
| 5/5/25 – 5/11/25 | 40 | $7.25 | $0 | $290 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
www.fairlawattorney.com

| 5/12/25 - 5/18/25 | 40 | $7.25 | $0 | $290 |
|---|---|---|---|---|
| 5/19/25 - 5/25/25 | 40 | $7.25 | $278 | $12 |
| 6/16/25 - 6/22/25 | 40 | $7.25 | $0 | $290 |
| 6/23/25 - 6/29/25 | 35.18 | $7.25 | $0 | $255.06 |
| 7/7/25 - 7/13/25 | 40 | $7.25 | $274.20 | $15.8 |
| 8/28/25 - 8/24/25 | 40 | $7.25 | $0 | $290 |

b.  $2,140.62 in unpaid overtime wages under the FLSA, calculated as follows:

| Dates Worked | Overtime Hours Per Week | Overtime Rate* | Overtime Paid | Overtime Wages Owed |
|---|---|---|---|---|
| 5/5/25 – 5//11/25 | 17.35 | $19.5 | $0 | $338.33 |
| 5/12/25- 5/18/25 | 15 | $19.5 | $0 | $292.50 |
| 5/19/25 - 5/25/25 | 15 | $19.5 | $0 | $292.50 |
| 5/26/25 - 6/1/25 | 15 | $19.5 | $105.66 | $186.84 |
| 6/9/25 - 6/15/25 | 15 | $19.5 | $185.10 | $107.40 |
| 6/16/22- 6/22/25 | 0.47 | $19.5 | $0 | $9.17 |
| 7/7/25- 7/13/25 | 15 | $19.5 | $0 | $292.50 |
| 7/21/25- 7/27/25 | 17.85 | $19.5 | $160 | $190.03 |
| 8/4/25- 8/10/25 | 12.09 | $19.5 | $0 | $253.76 |
| 8/8/25- 8/24/25 | 10.03 | $19.5 | $0 | $195.59 |

*Overtime Rate is based on the applicable Florida minimum wage rate of $13 per hour.

c. $1,300.46 in unpaid tips, calculated as follows:

| Dates Worked | Average Tips Received per Week | Tips Paid | Tips Owed |
|---|---|---|---|
| 5/5/25-5/11/25 | $100 | $0 | $100 |
| 5/12/25-5/18/25 | $100 | $0 | $100 |
| 5/19/25-5/25/25 | $100 | $0 | $100 |
| 5/26/25-6/1/25 | $100 | $0 | $100 |
| 6/2/25-6/8/25 | $100 | $20.35 | $79.65 |
| 6/9/25-6/15/25 | $100 | $0 | $100 |
| 6/16/25 -6/22/25 | $100 | $0 | $100 |
| 6/23/25-6/29/25 | $100 | $0 | $100 |
| 7/7/25-7/13/25 | $100 | $0 | $100 |
| 7/14/25-7/20/25 | $100 | $0 | $100 |
| 7/21/25-7/27/25 | $100 | $0 | $100 |
| 8/4/25-8/10/25 | $100 | $0 | $100 |
| 8/18/25-8/24/25 | $100 | $0 | $100 |
| 8/25/25-8/31/25 | $100 | $79.19 | $20.81 |

4. I am also seeking liquidated damages in the amount of $4,883.94, which is the same amount of the sum of my unpaid minimum wages, overtime wages, and tips under the FLSA.

5. In total, I am owed $9,767.88 in unpaid wages and liquidated damages, in addition to entitlement to recovery of my attorneys' fees, costs, and reasonable expenses.

6.      I hired FairLaw Firm to represent me in this case and seek entitlement to recover my attorneys' fees, costs, and reasonable expenses from my former employer.

## **DECLARATION**

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

**Dated:** 11/05/2026 _____

Edgard Emil Sepulveda Diaz (May 11, 2026 22:35:33 EDT)

**EDGARD EMIL SEPULVEDA DIAZ**