UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO,
and EDGARD EMIL SEPULVEDA DIAZ,

      Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, and
GIANCARLO MONSANTO,

      Defendants.

_____/

## **PROPOSED FINAL JUDGMENT FOR PLAINTIFFS**

THIS CAUSE comes before the Court on Plaintiffs' Motion for Entry of Final Judgment Against Defendant, Tacos El Porky I, LLC (the "Motion"). The Court has reviewed the Motion and the record and is otherwise fully advised. Pursuant to the Federal Rules of Civil Procedure 55 and 58, the Court enters this separate judgment for Plaintiff. Accordingly, for good cause shown, it is hereby **ORDERED and ADJUDGED** as follows:

1.     Plaintiffs' Motion for Entry of Final Judgment is hereby **GRANTED**;

2.     Default Judgment is hereby entered in favor of Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, and against Defendant, Tacos El Porky I, LLC, in the amount of **$54,608.48,** calculated as follows:

     a.   $1,719.94 in unpaid minimum wages to Ms. Yanez under the FLSA,

     b.   $1,422.86 in unpaid minimum wages to Mr. Sepulveda under the FLSA,

     c.   $4,564.06 in unpaid overtime wages to Ms. Yanez under the FLSA,

1

d.  $2,140.62 in unpaid overtime wages to Mr. Sepulveda under the FLSA,

e.  $16,156.60 in unpaid tips to Ms. Yanez,

f.  $1,300.46 in unpaid tips to Mr. Sepulveda,

g.  $22,430.00 in liquidated damages to Ms. Yanez, and

h.  $4,883.94 in liquidated damages to Mr. Sepulveda.

3.    Plaintiffs are the prevailing party and are entitled to recover their reasonable attorneys' fees and costs in an amount to be determined by the Court under 29 U.S.C. §216(b) and Fla. Stat. § 448.08.

4.    The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

**DONE and ORDERED** in Miami-Dade, Florida, on this ___ day of May 2026.

_____
JUDGE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

2