UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25377-CIV-DIMITROULEAS

CLAUDIA YANEZ SALCEDO AND EDGARD EMIL SEPULVEDA DIAZ,

Plaintiffs,

vs.

TACOS EL PORKY I, LLC, et. al.,

Defendants.

_____/

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFFS'
MOTION FOR FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court on Plaintiffs' Motion for Entry of Default Final Judgment against Defendant, Tacos El Porky I, LLC [DE 39], filed herein on May 11, 2026.

Plaintiffs filed this action on November 11, 2025. [DE 1]. On February 17, 2026, after three months had passed, the Court entered an Order to Show Cause for Failure to Comply with Rule 4(m), which requires service of process to be effectuated within 90 days of filing suit. [DE 13]. Plaintiffs moved for an extension of time to effectuate service, [DE 18], which the Court granted in part, allowing until March 25, 2026 to effectuate service. [DE 19]. Plaintiffs immediately thereafter filed a Motion to Deem Service of Complaint Perfected Via Substituted Service Through the Florida Secretary of State with respect to Defendant Tacos El Porky I, LLC. [DE 20]. Magistrate Judge D'Angelo granted the motion, finding that Plaintiffs were authorized to serve the Florida Secretary of State on behalf of Defendant Tacos El Porky I, LLC pursuant to Florida Statute Section 48.161, and stating,

> "[t]o the extent possible, Plaintiffs shall send their notice of service of process (DE 20-3), along with the summons and Complaint, to Defendant Tacos El Porky I, LLC, at its "last known electronic address." Fla. Stat. § 48.461(3). By March 19, 2026, Plaintiffs shall file

a Notice of Compliance on the docket stating whether they have sent the notice, summons and Complaint, to Defendant Tacos El Porky I, LLC's last known electronic address."

[DE 24]. Plaintiffs did so. *See* [DE 25].  On April 22, 2026, the Clerk entered defaulted as to Tacos El Porky I. [DE 32]. Plaintiffs have now moved for default judgment against Tacos El Porky I. [DE 39].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   On or before **May 19, 2026**, Defendant Tacos El Porky I shall show cause why Plaintiffs' Motion for Entry of Final Default Judgment Against Tacos El Porky I [DE 39] should not be granted;

2.   A failure to timely respond may result in the immediate entry of a default judgment in Plaintiffs' favor against Defendant Tacos El Porky I.

3.   Plaintiffs shall send a copy of this Order to Defendant Tacos El Porky I through the method authorized and file a notice of compliance in the record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 12th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record