UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ

      Plaintiffs,

VS.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

      Defendants.

_____/

PLAINTIFFS' NOTICE OF COMPLIANCE WITH COURT ORDER [ECF NO. 40]

Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, by and through

their undersigned counsel, hereby file this Notice of Compliance pursuant to the Court's May 12,

2026, Order to Show Cause [ECF No. 40].

1.      On May 12, 2026, the Court entered an Order requiring Plaintiffs to "send a copy of this Order to Defendant Tacos El Porky I through the method authorized and file a notice of compliance in the record".

2.      Plaintiffs hereby certify that on May 12, 2026, they complied with the Court's directive by transmitting a true and correct copy of the Court's May 12, 2026 Order [ECF No. 40] to Defendant, Tacos El Porky I, LLC, via the previously authorized method of electronic mail to the Defendant's last known electronic addresses at: hola@bajarestaurantgroup.com, fn@bajarestaurantgroup.com, and gmonsanto@gmail.com.

Respectfully submitted this 12th day of May 2026,

---

1

Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
Counsel for Plaintiffs

2