**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

FILED BY _CWC_ D.C.

MAY 1 4 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO**

CLAUDIA HELEN YANEZ SALCEDO,

Plaintiff,

vs.

TACOS EL PORKY I, FRANK A. NERI, AND GIANCARLO MONSANTO, Defendants.

_____/

**DEFENDANT FRANK A. NERI'S MOTION TO DISMISS AND MEMORANDUM OF LAW**

Defendant, Frank A. Neri ("Defendant"), appearing *pro se*, respectfully moves this Court to dismiss the claims against him in the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**I. MEMORANDUM OF LAW** To be held liable for unpaid wages under the Fair Labor Standards Act (FLSA), an individual must qualify as an "employer" by exercising operational control over the enterprise. *Villareal v. Saenz*, 2021 WL 1985024. The Plaintiff has failed to allege specific facts showing that Defendant Neri had the power to hire or fire employees, supervise work schedules, or determine the rate and method of pay. Defendant Neri maintains no ownership interest or management role in the business entity and is not an "employer" under the economic reality test.

**II. LOCAL RULE 7.1(A)(3) CERTIFICATE** I hereby certify that I have contacted counsel for the Plaintiff in a good-faith effort to resolve the issues raised in this Motion, and counsel [has / has not] agreed to the relief requested.

**III. CONCLUSION**

For the reasons stated above, Defendant Frank A. Neri respectfully requests that this Court dismiss him from this action.

Dated: May 7th, 2026

Respectfully submitted,

Frank A. Neri, *Pro Se*

*150 SE 2nd Avenue #1003 Miami, FL 33131 | fn@bajarestaurantgroup.com | +17864179083*

**CERTIFICATE OF SERVICE** I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail to Katelyn Schickman, Esq., Fairlaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146 on this 7th day of May, 2026.

Case 1:25-cv-23577-WPD   Document 42   Entered on FLSD Docket 05/15/2026   Page 2 of 2

Frank Neri
150 SE 2nd Ave #1003
Miami Fl 33131



UNITED STATES
POSTAL SERVICE.

**E**

## US POSTAGE PAID

**$35.65**

Origin: 33143
05/13/26
1159010131-41

## PRIORITY MAIL EXPRESS®

0 Lb 0.60 Oz

FRANK NERI
STE 1003
150 SE 2ND AVE
MIAMI FL 33131-1577
(786) 417-9083

**RDC 07**

SCHEDULED DELIVERY DAY: 05/14/26   :00 PM

**C040**

SHIP
TO:
(786) 417-9083
CLERK OF COURT
UNITED STATES DISTRICT COURT
STE 108
299 E BROWARD BLVD
FORT LAUDERDALE FL 33301-1922

### USPS TRACKING® #

9570 1152 3842 6133 1619 58

Clerk of Court
United States District Court
299 East Broward Blvd, Room 108
Fort Lauderdale, FL 33301