UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO, AND
EDGARD EMIL SEPULVEDA DIAZ

      Plaintiffs,

VS.

TACOS EL PORKY I, LLC,
FRANK A. NERI, AND
GIANCARLO MONSANTO,

      Defendants.

_____/

## PLAINTIFFS' NOTICE TO THE COURT REGARDING SELECTION OF MEDIATOR

Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, by and through their undersigned counsel, hereby file this Notice regarding the selection of a mediator pursuant to the Court's May 1, 2026, Trial Order [ECF No. 35].

1. The Court's Trial Order requires the parties to agree upon a mediator and advise the Clerk's Office of their choice in writing within fourteen (14) days, which is May 15, 2026.

2. On May 12, 2026, Plaintiffs' counsel contacted *pro se* Defendants, Frank A. Neri and Giancarlo Monsanto, via email to confer on the selection of a mediator. Plaintiffs proposed two highly qualified mediators: Daniel Feld, Esq., and Richard D. Eade, Esq.

3. Plaintiffs requested that Defendants respond by May 14, 2026, with their agreement or alternative proposals. As of the filing of this Notice, Defendants have completely failed to respond to Plaintiffs' conferral attempt.

---

1

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

4.     Because Defendants have failed to participate in the selection process, Plaintiffs respectfully request that the Court deem Defendants to have waived any objection and appoint either Daniel Feld, Esq., or Richard D. Eade, Esq. as the mediator in this matter.

5.     In the alternative, if the Court declines to appoint one of Plaintiffs' proposed mediators, Plaintiffs respectfully request that the Clerk designate a mediator from the List of Certified Mediators on a blind rotation basis, pursuant to the Trial Order.

Respectfully submitted this 15th day of May 2026,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/ECF System on this 15th day of May 2026, which will effect service on all who appear in this action, and via Electronic Mail upon Defendants, Frank A. Neri and Giancarlo Monsanto, at fn@bajarestaurantgroup.com and gmonsanto@gmail.com.

Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm