UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25377-DIMITROULEAS/D'ANGELO

CLAUDIA HELEN YANEZ SALCEDO
and EDGARD EMIL SEPULVEDA DIAZ

      Plaintiffs,

vs.

TACOS EL PORKY I, LLC,
FRANK A. NERI, and
GIANCARLO MONSANTO,

      Defendants.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS**

Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiffs, Claudia Helen Yanez Salcedo and Edgard Emil Sepulveda Diaz, and requests that all pleadings, correspondence, and documents related to this case be served on him at the below address / email address.

Respectfully submitted this 28th day of May 2026,

                        s/ Patrick Brooks LaRou
                        Patrick Brooks LaRou, Esq.
                        Florida Bar No. 1039018
                        brooks@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue, Suite 770
                        Coral Gables, Florida 33146
                        Telephone: (305) 230-4884
                        *Counsel for Plaintiffs*