DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
TACOS EL PORKY I, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000350456 |
| **FEI/EIN Number** | 87-1987310 |
| **Date Filed** | 08/04/2021 |
| **Effective Date** | 08/04/2021 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 12/29/2025 |
| **Event Effective Date** | 12/29/2025 |

**Principal Address**

16 W FLAGLER STREET
MIAMI, FL 33130

Changed: 03/16/2022

**Mailing Address**

150 SE 2ND AVE
1003
MIAMI, FL 33131

**Registered Agent Name & Address**

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVE
1003
MIAMI, FL 33131

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVE #1003
MIAMI, FL 33131

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 04/27/2023 |
| 2024 | 04/25/2024 |
| 2025 | 04/28/2025 |

### Document Images

| | |
|---|---|
| 12/29/2025 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 04/28/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2022 -- ANNUAL REPORT | View image in PDF format |
| 08/04/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L21000350456
FILED 8:00 AM
August 04, 2021
Sec. Of State
pbarrington

## Article I

The name of the Limited Liability Company is:

TACOS EL PORKY I, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

150 SE 2ND AVE
1003
MIAMI, FL. US  33131

The mailing address of the Limited Liability Company is:

150 SE 2ND AVE
1003
MIAMI, FL. US  33131

## Article III

The name and Florida street address of the registered agent is:

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVE
1003
MIAMI, FL.   33131

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   FRANK NERI

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:   AMBR
FRANK A NERI
150 SE 2ND AVE #1003
MIAMI, FL.   33131  US

**L21000350456**
**FILED 8:00 AM**
**August 04, 2021**
**Sec. Of State**
pbarrington

## Article V

The effective date for this Limited Liability Company shall be:

08/04/2021

Signature of member or an authorized representative

Electronic Signature: FRANK NERI

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L21000350456

**Entity Name:** TACOS EL PORKY I, LLC

**FILED**
**Mar 16, 2022**
**Secretary of State**
**4125155191CC**

**Current Principal  Place of Business:**

16 W FLAGLER STREET
MIAMI,  FL  33130

**Current Mailing Address:**

150 SE 2ND AVE
1003
MIAMI,  FL  33131  US

**FEI Number: 87-1987310**

Certificate of Status Desired:  No

**Name and Address of Current Registered Agent:**

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVE
1003
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                Date

**Authorized Person(s) Detail :**

Title              AMBR

Name           BAJA RESTAURANT GROUP, LLC

Address         150 SE 2ND AVE #1003

City-State-Zip:   MIAMI  FL  33131

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FRANK NERI                                   AMBR                          03/16/2022

Electronic Signature of Signing Authorized Person(s) Detail                                      Date

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L21000350456

**Entity Name:** TACOS EL PORKY I, LLC

**FILED**
**Apr 27, 2023**
**Secretary of State**
**4010183865CC**

**Current Principal  Place of Business:**

16 W FLAGLER STREET
MIAMI,  FL  33130

**Current Mailing Address:**

150 SE 2ND AVE
1003
MIAMI,  FL  33131  US

**FEI Number: 87-1987310**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVE
1003
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

   Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

Title            AMBR

Name            BAJA RESTAURANT GROUP, LLC

Address            150 SE 2ND AVE #1003

City-State-Zip:   MIAMI  FL  33131

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FRANK NERI                    AMBR            04/27/2023

   Electronic Signature of Signing Authorized Person(s) Detail                    Date

# 2024 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L21000350456

**FILED**
**Apr 25, 2024**
**Secretary of State**
**5833193962CC**

**Entity Name:** TACOS EL PORKY I, LLC

**Current Principal Place of Business:**

16 W FLAGLER STREET
MIAMI, FL 33130

**Current Mailing Address:**

150 SE 2ND AVE
1003
MIAMI, FL 33131 US

**FEI Number: 87-1987310**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVE
1003
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | BAJA RESTAURANT GROUP, LLC |
| Address | 150 SE 2ND AVE #1003 |
| City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FRANK NERI                              AMBR                    04/25/2024
_____

Electronic Signature of Signing Authorized Person(s) Detail                    Date

# 2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L21000350456

**Entity Name:** TACOS EL PORKY I, LLC

**FILED**

**Apr 28, 2025**
**Secretary of State**
**2735495790CC**

**Current Principal  Place of Business:**

16 W FLAGLER STREET
MIAMI,  FL  33130

**Current Mailing Address:**

150 SE 2ND AVE
1003
MIAMI,  FL  33131  US

**FEI Number: 87-1987310**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVE
1003
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Date

Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | BAJA RESTAURANT GROUP, LLC |
| Address | 150 SE 2ND AVE #1003 |
| City-State-Zip: | MIAMI  FL  33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FRANK NERI                          AMBR                          04/28/2025

Electronic Signature of Signing Authorized Person(s) Detail                          Date

**FILED**
**Dec 29, 2025**
**Secretary of State**

# ARTICLES OF DISSOLUTION

Pursuant to section 605.0707, Florida Statutes, this Florida limited liability company submits the following Articles of Dissolution:

The name of the limited liability company as currently filed with the Florida Department of State:

TACOS EL PORKY I, LLC

The document number of the limited liability company: L21000350456

The file date of the articles of organization: August 4, 2021

The effective date of the dissolution if not effective on the date of filing: December 29, 2025

A description of occurance that resulted in the limited liability company's dissolution:

CLOASED FOR BUSINESS

The name and address of the person appointed to wind up the company's activities and affairs:

BAJA RESTAURANT GROUP, LLC
150 SE 2ND AVENUE #1003
MIAMI, FL 33131     US

I/we submit this document and affirm that the facts stated herein are true.  I/we am/are aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   FRANK NERI
_____
Electronic Signature of authorized person