UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25377-CV-DIMITROULEAS

CLAUDIA YANEZ SALCEDO AND
EDGARD EMIL SEPULVEDA DIAZ

       Plaintiffs,

v.

TACOS EL PORKY I, LLC. FRANK A. NERI,
AND GIANCARLO MONSANTO,

       Defendants.

_____/

## ORDER STRIKING POST-ANSWER MOTION TO DISMISS

This Cause is before the Court on *pro se* Defendant Frank A Neri's Motion to Dismiss, filed herein on May 14, 2026. [DE 42]. The Court has reviewed the Motion [DE 42] and the Response [DE 47] and is otherwise fully advised.

The Motion [DE 42] is due to be stricken as procedurally improper. Defendant Frank A. Neri filed an answer to the complaint on March 6, 2026, [DE 23]. Once an answer is filed, the time to file a motion to dismiss has lapsed. *See* Fed. R. Civ. P. 12(b) ("A motion asserting any of these defenses must be made *before* pleading if a responsive pleading is allowed") (emphasis added).

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 42] is hereby **STRICKEN**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to: Counsel of record